**FILED**

**OCT 21 2020**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CRIMINAL NO. 20-30153-SPM |
| vs. ) | |
| ) | Title 18, United States Code, |
| LARRY W. HALE, ) | Sections 2251(a), 2423(a) and 2253. |
| ) | |
| Defendant. ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

**SEXUAL EXPLOITATION OF A MINOR**

On or about February 15, 2020, in St. Clair County, Illinois, within the Southern District of Illinois,

**LARRY W. HALE,**

defendant herein, did knowingly employ, use, persuade, induce, and entice a minor, E.P., to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction was produced using materials that had been mailed, shipped, and transported in interstate commerce; all in violation of Title 18, United States Code, Section 2251(a).

### COUNT 2

**TRANSPORTATION WITH INTENT TO ENGAGE IN CRIMINAL SEXUAL ACTIVITY**

On or about February 12, 2020, in St. Clair County, Illinois, within the Southern District of Illinois, and the State of Georgia,

**LARRY W. HALE,**

defendant herein, did knowingly transport an individual who had not attained the age of 18 years in interstate commerce from Georgia to St. Clair County, Illinois, with the intent that such

individual engage in sexual activity for which a person can be charged with a criminal offense, that is, Aggravated Criminal Sexual Abuse, in violation of 720 ILCS 5/11-1.60(d); all in violation of Title 18, United States Code, Section 2423(a).

### FORFEITURE ALLEGATION

Upon conviction for the offenses charged in this indictment, defendant **LARRY W. HALE** shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, any and all material that contained any images of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), and any and all property used and intended to be used in any manner or part to commit and to promote the commission of the charged offenses.

The property that is subject to forfeiture referred to in the paragraph above includes, but is not limited to, the following:

1. an Apple iPhone 11, bearing IMEI number 353826102393346, and
2. an Apple iPhone 11, bearing IMEI number 353232101401588.

A TRUE BILL

*Angela Scott*
ANGELA SCOTT
Assistant United States Attorney

Digitally signed by STEVEN WEINHOEFT
Date: 2020.10.19 13:01:19 -05'00'

STEVEN D. WEINHOEFT
United States Attorney

Recommended Bond: Detention